# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON VERRET

VERSUS

MATT VERRET AND JENNIFER
BLUSKE

NO.  2026 CW 0526

**JUNE 15, 2026**

---

In Re:   Sharon   Verret   and   Quincy   Verret,   applying   for
supervisory writs, 32nd Judicial District Court, Parish
of Terrebonne, No. 194,338.

---

BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.

**WRIT DENIED.**

CHH
KEB

**Wolfe, J.** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT